**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DAVID PUTNAM,

    Plaintiff,                          CASE NO.:  8:17-CV-02249-MSS-AEP

-vs-

LOANDEPOT.COM, LLC,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, DAVID PUTNAM, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, DAVID PUTNAM, and Defendant, LOANDEPOT.COM, LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                ***/s/ Shaughn C .Hill*_____**
                                SHAUGHN C. HILL, ESQUIRE
                                Florida Bar No. 105998
                                MORGAN & MORGAN, TAMPA, P.A.
                                One Tampa City Center
                                201 N. Franklin Street, Suite 700
                                Tampa, FL 33602
                                Telephone:  (813) 223-5505
                                Facsimile:  (813) 223-5402
                                Primary Email: SHill@ForThePeople.com
                                Secondary: LCrouch@ForThePeople.com
                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2018, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to:

Barbara Fernandez
HINSHAW & CULBERTSON
2525 Ponce de Leon Boulevard, 4th Floor
Coral Gables, FL  33134

*/s/ Shaughn C. Hill*
SHAUGHN HILL, ESQUIRE
Florida Bar No.: 105998